Tammy Tsoumas (S.B.N. 250487)
David I. Horowitz (S.B.N. 248414) (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900
ttsoumas@kirkland.com
dhorowitz@kirkland.com

James R.P. Hileman (*pro hac vice forthcoming*)
Diana M. Watral (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
jhileman@kirkland.com
diana.watral@kirkland.com

Attorneys for Plaintiff
ELI LILLY AND COMPANY

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELI LILLY AND COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> AESTHETIC ENVY COSMETIC CENTERS LLC d/b/a AESTHETIC ENVY, <br><br> Defendant. | Case No. 2:26-cv-1347 <br><br> JURY TRIAL DEMANDED |

**<u>COMPLAINT</u>**

1.  Defendant Aesthetic Envy Cosmetic Centers LLC, doing business as Aesthetic Envy ("Aesthetic Envy"), is a Sacramento-area "med spa" that is selling illegal drugs to unsuspecting consumers and profiting from it. Aesthetic Envy markets and sells obesity management products it claims contain retatrutide, an investigational molecule developed by Plaintiff Eli Lilly and Company ("Lilly") for use as a prescription medicine. Neither the U.S. Food and Drug Administration ("FDA") nor any other regulatory agency in the world has approved a medicine containing retatrutide for any use. Contrary to Aesthetic Envy's claims, the unapproved drug that Aesthetic Envy advertises and sells is not a wellness

1

supplement. It is not "a cutting-edge therapy." Nor is it a "next-generation treatment." It is an illegal drug that cannot be sold for human use to anyone, anywhere, for any reason. Yet in selling its illegal products directly to consumers, Aesthetic Envy falsely claims that "[e]arly clinical trials" and "clinical studies" establish that its products may provide significant metabolic benefits and help individuals lose weight, and also outperform other obesity-management medications. Lilly brings this action to stop Aesthetic Envy's conduct—conduct that harms both consumers and Lilly.

2.    The American prescription drug market is built on a fundamental premise: before any drug can be sold to patients, FDA must find it safe and effective through rigorous clinical testing and review of scientific evidence. Congress and the states developed this system of pre-market review over time after Americans were repeatedly and regularly harmed by unregulated, dangerous products sold as medicine. In fact, the Food, Drug & Cosmetic Act's requirement of rigorous clinical data supporting both safety and effectiveness *before* a drug is marketed to Americans traces directly to severe cases of patient death and harm from unapproved drugs sold by unscrupulous sellers.[1] The principle of evidence-based review for safety and effectiveness is essential to protecting Americans from unscrupulous sellers peddling unsafe and untested drugs. Proving that safety and effectiveness for a new molecule like retatrutide requires lengthy clinical trials under strict ethics rules, significant investments in research and manufacturing capacity, and—even then—fails to produce an approved medicine more than 90% of the time.

3.    Even after the laws passed, unapproved drugs illegally sold as medicine have caused hundreds of deaths.[2] Aesthetic Envy is engaged in the same type of conduct. In advertising (and selling) its illegal drugs under a false pretext, Aesthetic Envy mocks the safety guarantees imposed by Congress and the states, flouts drug-regulatory standards, and exploits the clinical trial data of investigational medicines that Lilly and others have developed.

4.    Lilly's Phase 3 clinical trials have produced powerful data, including a recent trial that showed retatrutide helped adults living with obesity lose an average of approximately 70 pounds over 80

---

[1]    *E.g.*, FDA, Promoting Safe & Effective Drugs for 100 Years, *FDA Consumer* (Jan.-Feb. 2006) (detailing the sulfanilamide and thalidomide scandals that led to the 1938 Act and 1962 Amendments, respectively), *available at* https://www.fda.gov/media/110482/download?attachment.

[2]    *E.g.*, FDA, Unapproved Drugs and Patient Harm (June 2, 2021), https://www.fda.gov/drugs/enforcement-activities-fda/unapproved-drugs-and-patient-harm.

weeks at the highest dose.[3] But retatrutide is still an investigational molecule, and Lilly has not finished its clinical trials or submitted a final data package to FDA to establish the safety and effectiveness of any retatrutide medicine—nor has any other manufacturer—and FDA has not approved it. So, right now, there is no approved product containing retatrutide that has been proven safe and effective or authorized for human use. Accordingly, retatrutide is legally available only under strict protocols to select patients as an investigational new drug. No other lawful access to any retatrutide product for human use exists. The law is therefore clear and categorical: no drug containing retatrutide may be sold to consumers. Period.

5.    Aesthetic Envy surely knows as much. Nonetheless, Aesthetic Envy markets its illegal products purportedly containing retatrutide on its website and social media as "a cutting-edge therapy" and a "next-generation treatment" that "may deliver up to 24% body weight reduction." Aesthetic Envy tells consumers its "Triple G" retatrutide product is "groundbreaking" and represents a "transformative weight loss solution." What Aesthetic Envy does not tell consumers is that its purported retatrutide products are categorically illegal and have never been subject to clinical testing or medical research. There are no dosing protocols for Aesthetic Envy's illegal drugs, because they have never been approved or verified as safe by FDA or any state regulatory authority, and Lilly's clinical trial data on its own investigational formulation of retatrutide are not evidence for the safety, comfort, or efficacy of Aesthetic Envy's illegal products.

6.    Worse still, Aesthetic Envy directly compares its illegal retatrutide products to the active ingredients in FDA-approved medications—including Lilly's MOUNJARO® (tirzepatide) and ZEPBOUND® (tirzepatide)—leading consumers to believe that its illegal retatrutide products "outperform[]" these rigorously tested and approved medications. Aesthetic Envy tells consumers that "tirzepatide is branded under the names Mounjaro and Zepbound" and then claims that the retatrutide available through Aesthetic Envy delivers superior obesity management results, stating that retatrutide "[o]utperforms semaglutide and tirzepatide in trials." But no head-to-head trials have ever been conducted comparing Aesthetic Envy's retatrutide products to any FDA-approved medicine. Yet Aesthetic Envy

---

[3]    Lilly | Investors, *Lilly's triple agonist, retatrutide, successful in two additional Phase 3 obesity trials, delivering significant improvements in weight and A1C* (July 23, 2026), https://investor.lilly.com/news-releases/news-release-details/lillys-triple-agonist-retatrutide-successful-two-additional.

describes its purported retatrutide as a "groundbreaking" treatment that provides superior results to lure consumers away from safe FDA-approved medications and toward Aesthetic Envy's illegal products.

7. The consequences of Aesthetic Envy's conduct are real and dangerous for consumers. Consumers who are misled by Aesthetic Envy's false advertising and purchase these illegal products are injecting themselves with substances of unknown composition, purity, potency, and sterility. Those formulations and manufacturing quality processes have never been subject to FDA testing or review, clinical studies, or efficacy research. Illegal drugs made outside of a regulated, inspected supply chain are more likely to contain bacteria and other harmful contaminants and impurities. Consumers have no way to know whether these products are safe or effective.

8. Aesthetic Envy's illegal scheme also directly harms Lilly. In addition to its research developing retatrutide, Lilly has developed several FDA-approved obesity management medicines. By relying on Lilly's studies in advertising the illegal retatrutide available through Aesthetic Envy, Aesthetic Envy free rides on Lilly's innovation and research and development while bearing none of the costs, regulatory burdens, or responsibility for patient safety during that process. Further, Aesthetic Envy is marketing its "retatrutide" as superior to Lilly's FDA-approved medicines, citing perceived superior efficacy—perceptions driven by Aesthetic Envy's false or misleading advertising. By advertising and selling illegal retatrutide products to people seeking medication for their obesity-related conditions, Aesthetic Envy's illegal sales are costing Lilly sales of its FDA-approved obesity management medicines.

9. The harm to consumers and Lilly does not end there. Aesthetic Envy is also poisoning the well for the future of Lilly's retatrutide medicines. Because no retatrutide is yet commercially available from any lawful source, consumers' first experiences with products purporting to be retatrutide are occurring exclusively through black-market sellers like Aesthetic Envy. When those consumers suffer adverse events—as many already have—they may associate them with retatrutide as a molecule, not the particular illegal product unlawfully advertised and sold by the illegal seller. By the time Lilly brings its FDA-approved retatrutide medicine to market, Aesthetic Envy and others like it will have conditioned both potential patients who took its illegal drugs as well as the public at large to associate retatrutide with danger and harm, permanently damaging the approved medicine's potential to help patients who need it.

4

10. Aesthetic Envy's conduct is not an isolated incident. FDA has issued numerous warning letters to companies falsely advertising and selling illegal retatrutide products. Aesthetic Envy is part of a dangerous and growing black market that threatens public health. Its false and misleading promotion of its illegal retatrutide products violates the Lanham Act.

11. Lilly asks this Court to put a stop to it. Lilly seeks a permanent injunction barring Aesthetic Envy from marketing, selling, or distributing any product containing or purporting to contain retatrutide; an order requiring corrective advertising; disgorgement of Aesthetic Envy's profits; and an award of damages, attorneys' fees, and costs. American consumers deserve better than the risky and unlawful products that Aesthetic Envy is selling them through patently false advertising of the products.

## THE PARTIES

12. Plaintiff Eli Lilly and Company is a corporation organized and existing under the laws of Indiana with its principal place of business in Indiana.

13. Defendant Aesthetic Envy Cosmetic Centers LLC d/b/a Aesthetic Envy is a California limited liability company with its principal place of business in Sacramento, California.[4] Its registered agent is Michael Williamson, located at 1353 Hidden Creek Way, Plumas Lake, California 95961. Aesthetic Envy operates a medical spa with locations in Sacramento, Folsom, Fair Oaks, and Roseville, California. Dr. Darsh Gosal, DO, serves as Medical Director. Aesthetic Envy markets and sells products it claims contain retatrutide through its website at https://www.aestheticenvy.com/wellness/triple-g-retatrutide-for-weight-loss/ and at its physical med spa locations, branding its retatrutide product as "Triple G." Aesthetic Envy claims that its Triple G (retatrutide) service and products are available at its Folsom, Sacramento, and Roseville locations.

## JURISDICTION AND VENUE

14. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the Lanham Act, 15 U.S.C. § 1125(a).

---

[4] Aesthetic Envy, Luxury Med Spa, https://www.aestheticenvy.com (last visited August 6, 2026).

15.    Additionally, and in the alternative, this Court has subject matter jurisdiction under 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

16.    Aesthetic Envy is subject to personal jurisdiction in California because it is organized under California law and its principal place of business is in California.  Aesthetic Envy is also subject to personal jurisdiction in California because it has significant contacts with the forum and has purposefully availed itself of the privilege of conducting business in California, including by owning and operating medical spa locations in Sacramento, Folsom, Fair Oaks, and Roseville, California, and by promoting and selling the purported retatrutide products at issue in this Complaint in California and to California customers.[5]

17.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Lilly's claims occurred in this District.  Aesthetic Envy operates and conducts business in this District, including by engaging in its unlawful promotion and sale of purported retatrutide products here.

## **GENERAL ALLEGATIONS**

### I.    **FDA'S RIGOROUS AND THOROUGH REVIEW OF NEW DRUGS AND MEDICINES PROTECTS AMERICAN PATIENTS**

18.    In FDA's words, "American consumers benefit from having access to the safest and most advanced pharmaceutical system in the world."[6]  The American system for reviewing new medicines, with its rigorous and thorough pre-market evaluation of scientific data, is crucial for public health.

19.    Before a new drug can be brought to market, the drug must be clinically tested through a rigorous series of studies designed to determine whether the medication is safe and effective for use under specific conditions and for specific indicated purposes.  As an initial step, a drug sponsor must obtain FDA authorization to administer an investigational drug to human subjects through an Investigational

---

[5]    *Id.*

[6]    FDA, *Development and Review Process | Drugs*, U.S. Food & Drug Admin. (Aug. 8, 2022), https://www.fda.gov/drugs/cder-small-business-industry-assistance-sbia/new-drug-development-and-review-process.

New Drug ("IND") application.[7]  The IND process requires sponsors to submit detailed preclinical data, manufacturing information, and clinical protocols for FDA review.  The IND does not authorize commercial sale of the drug.  *Any* distribution to or use of the investigational drug on humans outside of an effective IND protocol is unlawful.

20.    After proceeding through the years-long clinical trial process, sponsors must provide FDA with a New Drug Application ("NDA") or Biologics License Application ("BLA") containing sufficient evidence proving the product is safe and effective for its intended indications, among other things.  That evidence is subjected to a structured, multi-disciplinary review involving physicians, statisticians, chemists, pharmacologists, and other scientists.  Approval is granted only if this review establishes that a drug's health benefits outweigh its known risks in treating particular conditions.

21.    Additionally, obtaining and maintaining FDA approval requires strict compliance with current Good Manufacturing Practices ("cGMP") regulations across the entire supply chain, from raw materials to finished medical products.  Manufacturers must audit suppliers, control material specifications, and validate processes to ensure the safety, identity, and strength of the product.[8]

22.    FDA approval is notoriously hard to achieve in the United States.  More than 90% of candidates fail.  It is also an enormously costly and time-intensive process.  On average, it takes ten to fifteen years and costs $2.6 billion to develop one new FDA-approved medicine.

23.    If a prescription drug or biologic is approved, FDA's vigorous oversight continues after its approval.  Among other things, sponsors must report all promotional materials to FDA; track and trace each finished product and report any deviations; and promptly report adverse events.

24.    This continuous oversight allows America to represent what FDA has called "the gold standard" for pharmaceutical regulation.

---

[7]  *See* 21 U.S.C. § 355(i); 21 C.F.R. § 312.

[8]  FDA, *Facts About the Current Good Manufacturing Practice (CGMP)* (Nov. 21, 2025), https://www.fda.gov/drugs/pharmaceutical-quality-resources/facts-about-current-good-manufacturing-practice-cgmp.

## II.    LILLY DEVELOPS FDA-APPROVED OBESITY MANAGEMENT MEDICINES AND INVESTIGATIONAL TREATMENTS

25.    Lilly is an international medicine company and pharmaceutical manufacturer.  Throughout its 150-year existence, Lilly has pioneered countless life-changing discoveries.  Today, Lilly's medicines help more than 70 million patients across the globe.

26.    Lilly developed tirzepatide over nearly a decade of research and development, conducting 37 clinical trials involving tens of thousands of patients.  Tirzepatide is a first-in-class dual-action molecule that simultaneously targets receptors for glucagon-like peptide-1 ("GLP-1") and glucose-dependent insulinotropic polypeptide ("GIP").

27.    Tirzepatide is the active pharmaceutical ingredient in MOUNJARO® and ZEPBOUND®, two of Lilly's important FDA-approved medicines.  MOUNJARO® was approved by FDA to treat type 2 diabetes.  ZEPBOUND® was approved by FDA to treat chronic weight management in adults with obesity or overweight with at least one weight-related medical condition, as well as moderate-to-severe obstructive sleep apnea ("OSA") in certain adults with obesity.

28.    Lilly also brought to market the novel molecule orforglipron, which targets GLP-1 receptors.  Orforglipron is the active pharmaceutical ingredient in FOUNDAYO™, which was approved by FDA on April 1, 2026, to treat obesity or overweight with at least one weight-related comorbid condition.  It is a once-daily oral pill that represents a significant advance in obesity treatment as one of the first oral GLP-1 receptor agonists approved for chronic obesity management.

29.    Lilly is the only lawful source of mass-produced tirzepatide products in the United States.  No other company has obtained FDA approval to manufacture or sell tirzepatide.  Likewise, Lilly is the only company that has sought and received FDA approval for orforglipron. No other entity has conducted the clinical trials or obtained the regulatory approvals necessary to lawfully market orforglipron in the United States.

30.    Over the past decade, Lilly has developed another investigational molecule, retatrutide, a triple hormone receptor agonist that simultaneously activates receptors for GIP, GLP-1, and glucagon—hence the designation "triple agonist."  Lilly is studying retatrutide in several Phase 3 clinical trials to evaluate its potential efficacy and safety in obesity and overweight with at least one weight-related medical

problem, type 2 diabetes, knee osteoarthritis pain, moderate-to-severe OSA, chronic low back pain, cardiovascular and renal outcomes, and metabolic dysfunction-associated steatotic liver disease. In Lilly's clinical trials, retatrutide is administered as a once-weekly subcutaneous injection.

31. Lilly identified retatrutide as a candidate through extensive laboratory and analytical work, advanced it through preclinical testing, and filed an Investigational New Drug application with FDA to authorize human clinical trials. Lilly began the clinical trial process for retatrutide in 2019.

32. Lilly holds an effective IND application for retatrutide, meaning that Lilly is authorized under federal law to conduct human clinical trials to evaluate the molecule's safety and efficacy.[9] An IND authorizes only carefully controlled clinical investigations and use under strict FDA oversight; it does not permit general commercial distribution or sale of the investigational drug to consumers.

33. While Lilly's controlled tests are encouraging, no retatrutide medicine has yet been approved by FDA or any other regulatory agency in the world—and especially not Aesthetic Envy's products. Thus, its safety for human use is not yet established. No medicine containing retatrutide has approved labeling, retatrutide as an API is not a component of an FDA approved product, and no manufacturing process for retatrutide API or finished products has been validated under cGMP for public commercial distribution. Any sale of retatrutide for human use is illegal.

## III. BAD ACTORS ILLEGALLY SELL RETATRUTIDE TO CONSUMERS PRIOR TO ITS FDA APPROVAL

### A. The Black Market for Retatrutide

34. The powerful clinical trial results for retatrutide have generated significant consumer interest in it. Bad actors have taken advantage of that interest to make a profit, and a black market has emerged that is pursuing profits over consumer safety by illegal advertising, selling, and distributing illegal retatrutide products purportedly containing retatrutide directly to the public.

35. Capitalizing on consumer demand for aesthetic and wellness products, as well as obesity management medications, sellers—including online retailers, peptide suppliers, and "med spas" like Aesthetic Envy—bypass the lawful approval process. They offer consumers what they call "retatrutide,"

---

[9]    21 U.S.C. § 355(i); 21 C.F.R. § 312.

but the substance they sell through false and deceptive schemes is an illegal drug produced entirely outside FDA's oversight—often sourced from unknown foreign suppliers in China and illegally imported.

36.    "Medical spas" and "wellness clinics" such as Aesthetic Envy are a growing source of illegal products purportedly containing retatrutide.  In most states, these entities are subject to little meaningful oversight from regulators, which makes it especially alarming that they are increasingly marketing unverified, unapproved drugs to unsuspecting consumers.  In jurisdictions where medical spas are subject to meaningful oversight, regulators have identified concerning practices.  An investigation in New York found that nearly three in four of the medical spas inspected operated without any medical professional present, and that sanitation and hygiene failures were widespread.[10] The Ohio Board of Pharmacy has reported that one of the most common violations at medical spas is the administration of "research purposes only" retatrutide drugs to patients.[11]

37.    These illegal sales of purported retatrutide products represent a dangerous end-run around the rigorous FDA approval process.  By selling unverified substances directly to consumers for human use, Aesthetic Envy and sellers like it expose the public to unknown health risks while undermining the regulatory framework designed to protect patients and promote the lawful development of safe and effective new drugs.

**B.    FDA's and Lilly's Efforts to Warn Consumers**

38.    FDA has recognized the danger of illicit retatrutide and taken direct action against retatrutide sellers to curtail these illegal sales.  FDA has explicitly stated in warning letters that "introducing or delivering these products for introduction into interstate commerce violates" federal law.[12] FDA has also cautioned consumers "not to purchase" retatrutide products labeled "for research purposes" because they are "of unknown quality and may be harmful to their health."  Most recently, FDA reiterated

---

[10]    New York City Council, Joint NYC Council, State Investigation into Growing Industry of Medical Spas Finds Violations of State Law, Threatening New Yorkers' Health and Safety (Dec. 11, 2025), https://council.nyc.gov/press/2025/12/11/3027/.

[11]    Ohio Board of Pharmacy, *Ten Common Prescriber Clinic and Medical Spa Violations* (Dec. 8, 2025), https://www.pharmacy.ohio.gov/documents/pubs/special/ivtherapy/ten%20common%20prescriber%20clinic%20and%20medical%20spa%20violations.pdf.

[12]    *E.g.*, Warning Letter from FDA to Gram Peptides (Mar. 31, 2026), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/gram-peptides-721806-03312026.

that retatrutide is an "unapproved drug," is "not [a] component[] of FDA-approved drugs," and has "not been found safe and effective for any condition."[13]

39.     In total, FDA has sent at least 16 warning letters related to retatrutide, in addition to more than 100 warning letters since September 2025 to entities marketing compounded GLP-1 receptor agonists with "false or misleading claims."[14]  As FDA stated in a recent press release, these warning letters mark "a new era" of enforcement against the illegal sale of unapproved drugs.[15]

40.     Lilly has also publicly warned consumers about the dangers of illegal products claiming to be or to contain retatrutide, making clear that selling retatrutide to consumers for human use is illegal, and that consumers have no way to verify the safety of what they are receiving on the black market.[16]  To combat black-market drugs, Lilly continues to work with law enforcement and regulatory authorities.

### C.     Consumers Are Suffering Adverse Effects from Black Market Retatrutide

41.     Online communities, including Reddit forums like r/Retatrutide and r/Biohacking, demonstrate the thriving black market for illegal purported retatrutide and its dangers.  Consumers openly discuss purchasing, self-administering, and dosing of retatrutide products obtained from unregulated sources, including products sourced from Chinese manufacturers and suppliers.[17]

[13]  FDA, FDA's Concerns with Unapproved GLP-1 Drugs Used for Weight Loss (June 15, 2026), https://www.fda.gov/drugs/drug-alerts-and-statements/fdas-concerns-unapproved-glp-1-drugs-used-weight-loss.

[14]  For example, on March 31, 2026, FDA issued warning letters to: (a) Gram Peptides for selling "Retatrutide" (also marketed as "GLP-1-R peptide") that it promoted for "appetite suppression, insulin sensitivity, thermogenesis, and fat-oxidation"; (b) Prime Sciences for selling "GLP1-R" (identified as retatrutide) that it promoted with claims that "[r]etatrutide has shown higher weight loss results in clinical trials, with an average of up to 28% body weight reduction"; and (c) Lovega LLC d/b/a Pink Pony Peptides for selling "GLP-3 RT" (identified as retatrutide) that it promoted as offering "three times the fat-fighting horsepower" with "jaw-dropping results."

[15]  See FDA, FDA Warns 30 Telehealth Companies Against Illegal Marketing of Compounded GLP-1s (Mar. 3, 2026), https://www.fda.gov/news-events/press-announcements/fda-warns-30-telehealth-companies-against-illegal-marketing-compounded-glp-1s; see also, e.g., Warning Letter from FDA to PekCura Labs, MARCS-CMS-721709 (Mar. 31, 2026), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/pekcura-labs-721709-03312026.

[16]  See, e.g., Lilly, What to know about retatrutide: An investigational triple hormone receptor agonist https://www.lilly.com/news/stories/what-to-know-about-retatrutide (last updated June 2026).

[17]  See, e.g., u/Confident-Rhubarb957, REDDIT (r/Biohacking), "Tirz - Reta switch. And Reta dosing advice," https://www.reddit.com/r/Biohacking/comments/1rsx0oa/tirz_reta_switch_and_reta_dosing_advice/ (last visited August 6, 2026); u/improximus, REDDIT (r/Retatrutide), "Why Reta? Why not Tirz?" https://www.reddit.com/r/BodyHackGuide/comments/1szktx8/why_reta_why_not_tirz/ (last visited August 6, 2026).

42. Reports from these online communities document adverse events, including emergency room visits with heart rates as low as 43 beats per minute; elevated fasting glucose levels; severe skin reactions described as a sensation of "tiny mites or something crawling and biting;" brain fog; and concerns about bacterial contamination and endotoxins from products not manufactured in regulated or sterile laboratories. Upon information and belief, consumers experienced these adverse events without receiving any warnings.



43. One consumer reported being hospitalized after using a purported retatrutide product obtained from unregulated sources, while another user described a friend who "got hospitalized because of the bacteria" in products that "aren't made in regulated or sterile labs."[18] Indeed, there are *no* regulated manufacturers authorized to prepare retatrutide for human commercial use.

## IV.    AESTHETIC ENVY ILLEGALLY ADVERTISES AND SELLS RETATRUTIDE PRODUCTS

44. Aesthetic Envy markets, distributes, and sells products it claims contain retatrutide to consumers, including through social media and on its website, https://www.aestheticenvy.com/wellness/triple-g-retatrutide-for-weight-loss/, which is accessible to

---

[18] u/D3st9ny, REDDIT (r/Retatrutide), "Bacteria and endotoxins," https://www.reddit.com/r/Retatrutide/comments/1suodk7/bacteria_and_endotoxins/ (last visited August 6, 2026); u/cac520, REDDIT (r/Retatrutide), "Realized it's time to stop Reta," https://www.reddit.com/r/Retatrutide/comments/1pspn4r/realized_its_time_to_stop_reta/ (last visited August 6, 2026); u/BTheFurnace, REDDIT (r/Retatrutide), "Those who have taken reta for over 6 months: Has your resting heart rate returned to normal?" https://www.reddit.com/r/Retatrutide/comments/1rcxz1m/those_who_have_taken_reta_for_over_6_months_has/?rdt=49 360 (last visited June 24, 2026) (comment posted by Last-boomer1964).

consumers nationwide. Aesthetic Envy brands its purported retatrutide product as "Triple G" and promotes it as a "weight loss" treatment alongside other services, including Botox, Dysport, dermal fillers, microneedling, laser tattoo removal, tirzepatide injections, semaglutide, peptide therapy, HRT, IV therapy, and phentermine. Aesthetic Envy markets its business as a provider of "transformative weight loss solutions" and claims to be "at the forefront" of the industry.[19]

45. In advertising the numerous benefits of "Triple G – Retatrutide," Aesthetic Envy cites "[e]arly clinical trials" and "clinical studies" that it claims show that the product may help patients lose excess body weight—in fact, "significantly more than existing options like semaglutide or tirzepatide."

> Triple G – Retatrutide is a weight loss medication that combines the power of three hormone receptors (GIP, GLP-1, and glucagon) into one treatment. By suppressing appetite, improving insulin sensitivity, and increasing energy expenditure, it delivers comprehensive metabolic support. Early clinical trials show it may help patients lose up to 24% of their body weight, significantly more than existing options like semaglutide or tirzepatide.

Those statements imply that clinical trials and studies establish that Aesthetic Envy's "Triple G – Retatrutide" product may likewise produce significant metabolic benefits and outperform other obesity-management medications. But no such trials or studies exist to support those claims. Aesthetic Envy's "Triple G – Retatrutide" has not been clinically studied or proven to do any of those things. Aesthetic Envy has no research or studies proving that its products actually provide the benefits it touts to consumers. Full stop.

46. Aesthetic Envy also describes its purported retatrutide product as "given as a once-weekly subcutaneous injection" with a dose that is "usually increased gradually."

---

[19] Aesthetic Envy, Luxury Med Spa, https://www.aestheticenvy.com/wellness/triple-g-retatrutide-for-weight-loss/, (last visited August 6, 2026).

# How is Retatrutide taken?

Like other GLP-1-based medications, Retatrutide is given as a once-weekly subcutaneous injection. The dose is usually increased gradually to help minimize side effects.

In comparing its dosing protocol to those of "other GLP-1 based medications," Aesthetic Envy's statement implies that an established, clinically validated dosing protocol exists for its "Retatrutide"—when no dosing protocol exists for commercial use.[20] Aesthetic Envy fails to disclose that its retatrutide product has not been approved by FDA or any other regulator in the world, has not been the subject of any clinical testing for commercial use, and lacks adequate verification as to its safety, efficacy, or purity.

47.   Exacerbating that deception, Aesthetic Envy misleads consumers in other ways, as well. Aesthetic Envy advertises purported retatrutide as a "cutting-edge therapy" and a "next-generation treatment" that "may deliver up to 24% body weight reduction."[21] Aesthetic Envy claims to be "proud to stay at the forefront of transformative weight loss solutions, including the groundbreaking Triple G – Retatrutide."[22]  It promotes its "Triple G" retatrutide product on its main website homepage at https://www.aestheticenvy.com/, describing it as a "next-generation medication" that supports "appetite control, improved insulin sensitivity, and increased energy expenditure."[23]

48.   Aesthetic Envy also states that "[g]lucagon receptor activation is what sets Retatrutide apart from both semaglutide and tirzepatide," implying a scientifically established superiority over FDA-approved medicines.[24] By marketing retatrutide alongside its other aesthetics and wellness services and describing it as a "groundbreaking" treatment, Aesthetic Envy implies that its purported retatrutide

---

[20]   *Id.*

[21]   *Id.*

[22]   *Id.*

[23]   *Id.*

[24]   *Id.*

products have a safety profile and regulatory status comparable to FDA-approved treatments. But Aesthetic Envy's retatrutide products have never been clinically studied at all, nor been shown to be superior to FDA-approved weight-loss medicines. No head-to-head clinical trials have compared Aesthetic Envy's retatrutide-based products to any FDA-approved medicine.

49. Only Lilly's retatrutide formulation currently undergoing Phase 3 clinical trials has scientific data on safety and efficacy. No safety or effectiveness determination has been made by FDA on any retatrutide application. The retatrutide products sold by Aesthetic Envy have *no* scientific evidence that they work at all—much less with the purported efficacy and benefits the med spa repeatedly touts to potential consumers. As alleged above, clinical data related to a particular formulation (like Lilly's) is not scientifically valid evidence of how a different formulation containing the same purported API will behave in the human body, either on safety or effectiveness grounds. Nor is Lilly's clinical data transferrable to other products. Moreover, without a regulated, inspected supply chain, illegal products can vary significantly from dose to dose in quality and adherence to specifications. The statements about its purported retatrutide products and their efficacy cannot, therefore, be true.

### A.    Materiality and Commercial Advertising

50. Aesthetic Envy's false and misleading statements are made in commercial advertising and promotional materials disseminated to the public, including on social media. On information and belief, they lead consumers to believe that the retatrutide products they purchase from Aesthetic Envy are identical to the investigational molecule undergoing review by FDA, and that Aesthetic Envy's products have been adequately verified for their safety and efficacy. Those statements are material to consumers' purchasing decisions—consumers rely on claims about a product's efficacy relative to FDA-approved alternatives and its regulatory status when deciding whether to purchase pharmaceutical products. Moreover, consumers interested in aesthetic and wellness products routinely and increasingly look to online sources and social media for "health and fitness" products and information.[25]

---

[25] *The $2 trillion global wellness market gets a millennial and Gen Z glow-up*, McKinsey and Company (May 29, 2025), https://www.mckinsey.com/industries/consumer-packaged-goods/our-insights/future-of-wellness-trends (noting that younger generations "are more exposed to health-related content on social media (where they are more likely to be influenced to make a wellness-related purchase than older generations are)."); Alyssa Kopelman, *5 Trends Shaping Health & Wellness Purchasing Behaviors*, Healthline Media, (Jun. 13, 2023), https://healthlinemedia.com/insights/health-and-wellness-purchasing-behaviors (noting that 26% of consumers are "likely to purchase a recommended product or service

51.     Aesthetic Envy's unlawful retatrutide products compete directly with Lilly's FDA-approved products, including MOUNJARO®, ZEPBOUND®, and FOUNDAYO™, for the same pool of consumers seeking obesity management and metabolic therapies.

52.     Aesthetic Envy's false advertising has caused and continues to cause injury to Lilly, including lost sales, damage to Lilly's reputation and goodwill, and the diversion of consumers from Lilly's FDA-approved products to illegal and potentially dangerous alternatives.  Because Lilly markets and sells obesity management products, each sale of an illegal retatrutide product by Aesthetic Envy results in a potential lost sale of Lilly's FDA-approved medicines.

53.     Each of Aesthetic Envy's categories of false advertising claims has caused and continues to cause specific, identifiable harm to Lilly:

(a)     Aesthetic Envy's false or misleading comparative advertising claims—including claims that Aesthetic Envy's purported retatrutide "outperforms today's leading medications" and that "tirzepatide results in around 20% weight loss"—convince or tend to convince at least some consumers that Aesthetic Envy's illegal retatrutide products are superior to Lilly's FDA-approved medicines.  Those consumers then choose Aesthetic Envy's illegal retatrutide products instead of Lilly's FDA-approved drugs, resulting in lost sales for Lilly.

(b)     Aesthetic Envy's false or misleading descriptions of its purported retatrutide products as safe, effective, or supported by clinical trial data—including claims that retatrutide delivers "up to 24% body weight reduction" and describing specific clinical study results as though they validate Aesthetic Envy's own commercial product—convince or tend to convince at least some consumers that Aesthetic Envy's illegal retatrutide products have already been proven safe and effective through clinical trials and FDA approval.  Those consumers then choose Aesthetic Envy's illegal retatrutide products instead of Lilly's FDA-approved tirzepatide medicines, resulting in lost sales for Lilly.

after engaging with health and wellness content on social media" and that "43% of individuals have purchased a health and wellness product service directly on a social channel").

The safety and effectiveness of a pharmaceutical product are material to consumer choice.

(c)    Aesthetic Envy's false or misleading claims regarding the regulatory status of its purported retatrutide products—including marketing retatrutide as a routine wellness therapy without adequately disclosing that it has not been approved by FDA—convince or tend to convince at least some consumers that Aesthetic Envy's products have regulatory backing comparable to Lilly's FDA-approved medicines, resulting in lost sales for Lilly.

54.    Aesthetic Envy's false advertising also harms Lilly's reputation and goodwill, as well as the future market for retatrutide if FDA approval is obtained, as described more fully below.  Aesthetic Envy has profited from its unlawful conduct at the expense of consumers and Lilly.

## V.    AESTHETIC ENVY'S UNLAWFUL ADVERTISING AND SALES OF RETATRUTIDE HARM CONSUMERS AND LILLY

55.    Consumers who purchase Aesthetic Envy's illegal retatrutide products are harmed because they receive illegal and unverified products of unknown safety, purity, potency, and efficacy.  Aesthetic Envy's customers believe they are receiving a legitimate pharmaceutical product when, in reality, they are receiving an illegal substance that has never been shown to be safe or effective for any use.  Indeed, online reports confirm that consumers who self-administer black-market retatrutide products have experienced adverse events, *see supra* Section III.C.

56.    Aesthetic Envy's conduct also causes unfair competitive harm to Lilly.  Consumers are choosing illegal retatrutide products over Lilly's FDA-approved weight-loss medicines, citing illegal sellers' claims of lower cost and perceived superior efficacy as the primary drivers.   For example, one user reported that the cost of "10×20mg of retatrutide was about half the cost of a single 7.5mg Mounjaro pen," making it "hard to justify staying on Mounjaro long term."[26]  Another user who lost 169 pounds on

---

[26] u/ApplicationNo7327, REDDIT (r/Retatrutide), "Switching from Mounjaro (Tirzepatide) to Reta - my experience," https://www.reddit.com/r/Retatrutide/comments/1stnp7l/switching_from_mounjaro_tirzepatide_to_reta_my/ (last visited August 6, 2026).

tirzepatide asked whether "switching over to reta" would help reach her remaining weight loss goal.[27] These consumer accounts demonstrate that consumers are being diverted from Lilly's FDA-approved medicines to risky, illegal products.

57.   By selling illegal products purportedly containing retatrutide, Aesthetic Envy diverts consumers away from Lilly's FDA-approved products, including MOUNJARO®, ZEPBOUND®, and FOUNDAYO™. Both companies market and sell products to the same potential customers seeking treatment for obesity, type 2 diabetes, and/or related metabolic conditions. Because Aesthetic Envy's unapproved retatrutide products and Lilly's FDA-approved obesity-management medicines target the same consumer pool, each consumer who chooses Aesthetic Envy's illegal retatrutide products over Lilly's FDA-approved medicine represents a lost sale to Lilly. Scores of people seeking "weight loss" treatment have been persuaded to purchase Aesthetic Envy's products, as evidenced by consumer testimonials—as reflected in just a few examples below.







---

[27]   u/soggy_bananah,   REDDIT   (r/Retatrutide),   "Switch   from   tirz?"
https://www.reddit.com/r/Retatrutide/comments/1ssuf15/switch_from_tirz/ (last visited August 6, 2026).

Aesthetic Envy's advertising of its purported retatrutide products as superior to existing obesity management products stands to exacerbate this diversion.[28]

58. Aesthetic Envy also undermines the market for Lilly's future retatrutide medicine, which Lilly is developing through the lawful FDA approval process. Aesthetic Envy is selling unsafe, illegal products that are poisoning the well of consumer confidence in retatrutide as a therapeutic compound. Because there is no approved retatrutide medicine that is yet commercially available from any lawful source, consumers' first experiences with retatrutide are occurring exclusively through black-market sellers like Aesthetic Envy. When these people experience adverse events—as many already have, *see supra* Section III.C—they often do not attribute those harms to Aesthetic Envy, but instead to *retatrutide*—the molecule itself. Those consumers are unlikely ever to try retatrutide again—including the lawful, FDA-approved version that Lilly intends to bring to market. Each adverse event caused by Aesthetic Envy's illegal products thus represents not only a current injury to the consumer, but a permanent loss of future Lilly patients.

59. The reputational contamination caused by Aesthetic Envy's unsafe products extends beyond the individual consumers who are directly harmed. Consumers who experience adverse events from black-market retatrutide share those experiences publicly—on Reddit, on social media, and in personal networks—creating negative associations between retatrutide and adverse health risks. These public accounts will deter other potential consumers from ever using retatrutide products if approved by FDA. By the time Lilly brings its FDA-approved retatrutide product to market, Aesthetic Envy and sellers like it will have already conditioned the public to associate retatrutide as an ingredient with danger, illegality, and reduced or total lack of efficacy. Lilly will thus be forced to overcome not only the ordinary challenges of a new product launch, but the additional burden of rehabilitating a product that has been tarnished by Aesthetic Envy's unlawful conduct.

60. Aesthetic Envy's conduct also causes irreparable harm to Lilly's reputation and goodwill. Aesthetic Envy trades on the reputation and clinical data associated with Lilly's products and retatrutide. On information and belief, if consumers experience adverse effects from Aesthetic Envy's illegal

---

[28] Aesthetic Envy, Retatrutide, https://www.aestheticenvy.com/wellness/triple-g-retatrutide-for-weight-loss/ (last visited August 6, 2026).

products, they are likely to attribute those harms to retatrutide or to Lilly, damaging Lilly's brand and the public's confidence in Lilly's products and pipeline.

61. Finally, Aesthetic Envy's conduct harms innovation and the competitive marketplace by allowing Aesthetic Envy to sell products as if they were pharmaceutical-grade medicines for human use with FDA approval, when they are not. Aesthetic Envy avoids the rigorous testing, regulatory compliance, and quality controls that Lilly and other pharmaceutical companies must satisfy, and instead free rides on Lilly's investment in developing legitimate, safe retatrutide medicines by selling illegal retatrutide through intentionally deceptive schemes.

62. The harms caused by Aesthetic Envy's conduct are ongoing and will continue unless Aesthetic Envy is enjoined from marketing and selling its illegal products purportedly containing retatrutide. Aesthetic Envy has profited from its unlawful conduct at the expense of consumers and Lilly.

63. Lilly has no adequate remedy at law. The damage to Lilly's reputation, goodwill, and competitive position cannot be fully compensated through monetary damages alone.

<u>**FIRST CAUSE OF ACTION**</u>
**False or Misleading Advertising**
**in Violation of 15 U.S.C. § 1125(a)(1)(B)**

64. Lilly incorporates by reference each of the foregoing allegations as if fully set forth herein.

65. Aesthetic Envy's commercial advertising claims described herein are false or misleading in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

66. Aesthetic Envy has made materially false or misleading statements in its commercial advertisements for its illegal retatrutide products. Its statements, including those implying that recent clinical trials and clinical studies establish that its retatrutide treatments provide numerous metabolic benefits, have influenced and are likely to influence purchasing decisions—specifically, decisions to purchase Aesthetic Envy's illegal retatrutide products instead of Lilly's FDA-approved medicines.

67. Aesthetic Envy has caused its false or misleading statements to enter interstate commerce.

68. Aesthetic Envy's false or misleading statements were material to consumers' purchasing decisions and actually deceive or have the tendency to deceive consumers.

69. Aesthetic Envy and Lilly are competitors in the market for obesity management and metabolic therapies.

70. Lilly has been and continues to be injured by Aesthetic Envy's false or misleading advertising, including through lost sales, damage to goodwill, and diversion of consumers to unapproved products.

71. Aesthetic Envy's advertising is the proximate cause of the harm to Lilly: Aesthetic Envy's website compares its purported retatrutide products to the active ingredients in Lilly's FDA-approved dual-agonist medications and claims that retatrutide provides superior results, thereby inducing consumers to purchase Aesthetic Envy's illegal products instead of Lilly's FDA-approved medicines.

72. Aesthetic Envy's advertising is the proximate cause of injury to Lilly's reputation and goodwill. Aesthetic Envy promotes its illegal retatrutide products by trading on the credibility of Lilly and its retatrutide clinical program, evidence, and research. When consumers experience adverse effects from Aesthetic Envy's illegal products, they associate those negative experiences with retatrutide and/or with Lilly, damaging Lilly's brand and the public's confidence in Lilly's clinical trial program and future product launches, including of retatrutide.

73. Lilly is entitled to injunctive relief under 15 U.S.C. § 1116, and to recover Aesthetic Envy's profits and the costs of this action under 15 U.S.C. § 1117. This case is "exceptional" within the meaning of 15 U.S.C. § 1117(a), entitling Lilly to an award of reasonable attorneys' fees. Lilly is also entitled to an order directing the destruction of all infringing materials under 15 U.S.C. § 1118.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Lilly prays that this Court enter judgment in Lilly's favor on Lilly's claims and award Lilly relief including:

1. An Order declaring that Aesthetic Envy engaged in false or misleading advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

2. A permanent injunction:

   i. enjoining Aesthetic Envy and its officers, agents, servants, employees, and all persons acting in concert with them from marketing or advertising any product containing or purporting to contain retatrutide;

      ii.     enjoining Aesthetic Envy from making false or misleading comparative advertising claims regarding retatrutide and Lilly's FDA-approved products;

      iii.    enjoining Aesthetic Envy from citing or referring to Lilly's clinical trial data to promote illegal retatrutide products;

      iv.    enjoining Aesthetic Envy from representing or implying that retatrutide is FDA-approved; and

      v.     enjoining Aesthetic Envy from making any other false or misleading statements regarding retatrutide.

3.     An Order requiring Aesthetic Envy to undertake corrective advertising disclosing:

      i.      that retatrutide is an investigational drug that has not been approved by FDA;

      ii.     that Aesthetic Envy's retatrutide products are unapproved new drugs;

      iii.    that Aesthetic Envy's prior advertising claims comparing retatrutide to FDA-approved medicines were false and misleading;

      iv.    such other corrective disclosures as the Court deems appropriate.

4.     An Order directing Aesthetic Envy to file with this Court and serve on Lilly's attorneys, thirty (30) days after the date of entry of any injunction, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the Court's injunction.

5.     An Order requiring Aesthetic Envy to account and pay to Lilly any and all profits arising from the foregoing unlawful acts, in accordance with 15 U.S.C. § 1117.

6.     An Order for pre-judgment and post-judgment interest on all damages.

7.     An Order requiring Aesthetic Envy to pay Lilly's costs and attorneys' fees in this action pursuant to 15 U.S.C. § 1117 and any other applicable provision of law.

8.     Other relief as the Court may deem appropriate.

## JURY DEMAND

Plaintiff Eli Lilly and Company hereby demands a trial by jury on all issues so triable.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Tammy Tsoumas*

Tammy Tsoumas (S.B.N. 250487)
David I. Horowitz (S.B.N. 248414) (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: 310-552-4200
Facsimile: 310-552-5900
ttsoumas@kirkland.com
dhorowitz@kirkland.com

James R.P. Hileman (*pro hac vice forthcoming*)
Diana M. Watral (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
jhileman@kirkland.com
diana.watral@kirkland.com

Joshua L. Simmons (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com

Chase Chesser (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
150 3rd Avenue South, Suite 1220
Nashville, Tennessee 37201
Telephone: (629) 222-0131
Facsimile: (629) 222-0101
chase.chesser@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

23